UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In Re: | § | Case No. 18-30888-HCM-7 |
| GUILLERMO PALLARES | § | |
| CARMEN C. PALLARES | § | |
| Debtors | § | Chapter 7 |

**MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS**

**An expedited hearing on this Motion is being requested.**

Ronald E. Ingalls, Trustee, files this Motion to Sell Property Free and Clear of Liens and Interests pursuant to § 363(b)(f), and would show the Court as follows:

1.      This case was filed on May 30, 2018.  The movant has been appointed as the Chapter 7 trustee in this case.

2.      The estate owns the real property known as 8820A Wingo Way, El Paso, Texas 79907, identified by the El Paso CAD as Property ID 35274, Geographic ID W14299900502100, containing 34172.82 square feet (hereafter the "Property").

3.      The Trustee has employed AREA Properties, Inc. as his broker. The broker has obtained an offer to purchase the Property from DHL Investments, LLC, for a sales price of $135,000.00. There is no known connection between the buyer and any other person in this case.

4.      The contract requires the estate as the Seller to obtain a survey and delete the title exception to "shortages in area." These items will be part of the Seller's closing costs for this sale. A copy of the Contract is being attached to this Motion as filed with the Court.

5.      A deed of trust lien exists in favor of Bank of America. The payoff as of January 17, 2019, was $19,508.19. Additional interest and other fees will have accrued. The Trustee requests authority to pay the lien of the Bank of America Mortgage at closing.

6.    The Trustee requests authority to pay the past due property taxes, if any, to the City of El Paso at closing. The 2019 property taxes will be divided pro rata at closing, and this sale will not be free and clear of the 2019 property taxes and associated tax liens.

7.    The Trustee requests authority to sell the Property free and clear of liens and interests pursuant to the Contract.

8.    The Trustee requests authority to pay all closing costs including but not limited to the 6% broker commission, and the other items listed in paragraphs 4 through 7 above. The Trustee requests authority to execute all necessary closing documents to complete the sale.

WHEREFORE, Ronald Ingalls, Trustee, prays that the Court grant authority to sell the Property to DHL Investments, pay Bank of America Mortgage, the broker commission and other closing costs, and for other just relief.

Respectfully submitted,


*/s/ Ronald Ingalls*
Ronald E. Ingalls, Chapter 7 Trustee
SBT 10391900
PO Box 2867
Fredericksburg, Texas 78624
Tel: (830) 321-0878
Email: ron@ingallstrustee.com


CERTIFICATE OF SERVICE
The signature above certifies that the foregoing document has been served by first class U.S. mail, via a noticing service, with the service ordered on November 18, 2019, on the attached matrix.