UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 18-30888-HCM-7 |
| GUILLERMO PALLARES<br>*aka* GUILLERMO VENEGAS-PALLARES<br>*aka* GUILLERMO V. PALLARES<br>and CARMEN C. PALLARES<br>*aka* CARMEN CASTRUITA PALLARES | CHAPTER: 7 |
| **Debtors.**<br>_____/ | |

### RESPONSE TO TRUSTEE'S MOTION TO SELL PROPERTY FREE AND CLEAR OF LIENS AND INTERESTS [DE 29] FILED BY BANK OF AMERICA, N.A.

COMES NOW, **BANK OF AMERICA, N.A.** ("Creditor"), and submits this Response to the *Trustee's Motion to Sell Property Free and Clear of Liens and Interests* **[DE 29]** and states as follows:

1. Creditor is a mortgagee for loans on two properties owned by Debtors, listed as 8524 Wingo Way, El Paso, Texas 79907 and 8520 Wingo Way, El Paso, Texas 79907 in the corresponding Deeds of Trust securing Creditor's interest to the properties.

2. On November 18, 2019, Trustee filed a Motion to Sell Property Free and Clear of Liens and Interests **[DE 29]** (the "Motion") reflecting a proposed sale price of $135,000.00. The Trustee's Motion includes a property address of 8820A Wingo Way, El Paso, Texas 79907, identified by the El Paso CAD as Property ID 35274, Geographic ID W14299900502100. The address listed in the Motion does not match the tax records or records held by Creditor, and thus, Creditor seeks clarification as to the Property to be sold in any order approving sale.

3. Creditor objects to any Order binding Creditor to accept any terms of a proposed sale prior to Creditor's full independent review and acceptance of proposed sale contract.

4. Creditor should not be compelled to accept a sale that is not in Creditor's best interest pursuant to Creditor's business judgment.

ALAW FILE NO. 19-025261

5. Creditor requests the loan be paid 100% in full, within forty-eight (48) hours of closing. Additionally, Creditor requests this Court enter an Order indicating the closing agent must have a payoff statement that is not expired at the time of the closing of the Subject Property.

6. A hearing has been scheduled for December 12, 2019 at 10:00 AM.

7. Creditor reserves the right to supplement and/or amend this Response in the future.

**WHEREFORE**, Creditor respectfully requests the Court deny the Motion and for such other and further relief as the Court deems appropriate.

Respectfully submitted,

/s/ *Megan F. Clontz*
Megan F Clontz
Texas Bar No. 24069703
Albertelli Law
2201 W. Royal Ln., Ste. 155
Irving, TX 75063
Tel: (469) 804-8457
Fax: (469) 804-8462
mclontz@alaw.net

ALAW FILE NO. 19-025261

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided via electronic notice and/or by regular U.S. mail on November 27, 2019.

**SERVICE LIST**

*Debtor*
**Guillermo Pallares**
8520 Wingo Way
El Paso, TX 79907

*Debtor*
**Carmen C. Pallares**
8520 Wingo Way
El Paso, TX 79907

**Edgar J. Borrego**
Tanzy & Borrego Law Offices
2610 Montana Ave.
El Paso, TX 79903

**Miguel Alejandro Flores**
Tanzy & Borrego Law Offices
2610 Montana
El Paso, TX 79903

*Trustee*
**Ronald E Ingalls**
PO Box 2867
Fredericksburg, TX 78624-1927

**United States Trustee - EP12**
U.S. Trustee's Office
615 E. Houston, Suite 533
P.O. Box 1539
San Antonio, TX 78295-1539

/s/ *Megan F. Clontz*
Megan F Clontz