**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: January 29, 2020.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In Re: § | | Case No. 18-30888-HCM-7 |
| GUILLERMO PALLARES § | | |
| CARMEN C. PALLARES § | | |
|    Debtors § | | Chapter 7 |

**AGREED ORDER GRANTING MOTION TO SELL PROPERTY
FREE AND CLEAR OF LIENS AND INTERESTS**

On December 12, 2019, the Court held a hearing on the Trustee's Motion to Sell Property Free and Clear of Liens and Interests pursuant to § 363(b)(f) and (h). Attorneys for the Trustee, the Debtor, and Bank of America appeared at the hearing. The Motion will be granted according to the agreement of council as set out below. It is therefore

ORDERED that Ronald Ingalls, Trustee, is authorized to sell the real property known as 8524 Wingo Way, El Paso, Texas 79907, with a legal description set out on Exhibit "A" (hereafter the "Property"), to DHL Investments, LLC, or assigns, for $135,000.00.

IT IS FURTHER ORDERED that the sale is free and clear of liens and interests, provided:

a. The lien of BANK OF AMERICA, N.A. and/or its assigns or successors in interest shall attach to the sales proceeds of the property.
b. The sale proceeds shall be distributed to pay in full the outstanding balance on the loan owed to BANK OF AMERICA, N.A. and/or its assigns or successors in interest as of the date of closing, subject to a full and proper payoff quote.
c. If there are not sufficient funds to pay the indebtedness in BANK OF AMERICA, N.A. and/or its assigns or successors in interest, then the sale shall not close unless prior approval of such short sale is received in writing from BANK OF AMERICA, N.A. Otherwise, the Trustee shall be required to seek further appropriate orders from this Court.
d. The closing agent is ordered to pay the full claim of BANK OF AMERICA, N.A. and/or its assigns or successors in interest directly before any funds are paid to the Debtors, Trustee, or any other party not having priority over the lien of BANK OF AMERICA, N.A. and/or its assigns or successors in interest.

IT IS FURTHER ORDERED that the Trustee is authorized to pay the brokers commission, and other ordinary and necessary costs of closing. It is further

ORDERED that the ad valorem tax lien for tax years 2019 and prior pertaining to the subject property shall attach to the sales proceeds and that the closing agent and/or Trustee shall pay all ad valorem tax debt owed incident to the subject property immediately upon closing and prior to any disbursement of proceeds to any other person or entity; it is further

ORDERED that the ad valorem taxes for year 2020 pertaining to the subject property shall be prorated in accordance with the Earnest Money Contract and shall become the responsibility of the Purchaser and the 2020 ad valorem tax lien shall be retained against the subject property until said taxes are paid in full; it is further

ORDERED that the Trustee is authorized to execute all necessary documents that are necessary to complete the closing of this sale, including but not limited to extensions of time to close, for the temporary renting by the buyer prior to closing, and the like; it is further

ORDERED that the stay imposed by Federal Rule of Bankruptcy Procedure 6004(h) shall not apply, and this order shall be effective and enforceable immediately upon entry.

###

AGREED:

*/s/ Ronald Ingalls*
Ronald Ingalls, Chapter 7 trustee
SBT 10391900
PO Box 2867
Fredericksburg, TX 78624
Tel: (830) 321-0878
Email: ron@ingallstrustee.com


_____
Miguel Flores
SBT 24036574
Tanzy & Borrego Law Offices
2610 Montana Avenue
El Paso, TX 79903-3712
Tel: (915) 566-4300
Email: migslaw@yahoo.com
Attorney for the Debtors


*/s/ Megan F. Clontz (with permission)*
Megan F. Clontz
State Bar No. 24069703
2201 W. Royal Ln., Ste. 155
Irving, TX 75063
(469) 804-8457
(469) 804-8462 (fax)
Email: mclontz@alaw.net
Attorney for Bank of America, N.A.

AGREED:

*/s/ Ronald Ingalls*
Ronald Ingalls, Chapter 7 trustee
SBT 10391900
PO Box 2867
Fredericksburg, TX 78624
Tel: (830) 321-0878
Email: ron@ingallstrustee.com


_____
Miguel Flores
SBT 24036574
Tanzy & Borrego Law Offices
2610 Montana Avenue
El Paso, TX 79903-3712
Tel: (915) 566-4300
Email: miglaw@yahoo.com
Attorney for the Debtors


_____
Megan F. Clontz
State Bar No. 24069703
2201 W. Royal Ln., Ste. 155
Irving, TX 75063
(469) 804-8457
(469) 804-8462 (fax)
Email: mclontz@alaw.net
Attorney for Bank of America, N.A.

# EXHIBIT "A"



# *Land - Mark Professional Surveying Inc.*

"Serving Texas, New Mexico and Arizona"

## METES AND BOUNDS DESCRIPTION
### 8524 WINGO WAY

A 0.4496 ACRE PARCEL OF LAND BEING A PORTION OF LOT 3, BLOCK 5, SECOND AMENDED MAP OF WEST YSLETA, EL PASO COUNTY, TEXAS, BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

**COMMENCING** for reference at a 5/8" rebar with cap stamped "LAND-MARK TX4869 NM11402", set in the southwesterly right-of-way line of Wingo Way (40.0 feet wide) and at the easterly common boundary corner of Lots 2 and 3, Block 5, Second Amended Map of West Ysleta, for a corner of this parcel and the **POINT OF BEGINNING** of this parcel;

**THENCE,** South 43°12'00" West, with the northwesterly boundary line of Lot 2 and continuing with Lot 1, Block 5, Second Amended Map of West Ysleta, a distance of 218.60 feet to a 5/8" rebar with cap stamped "LAND-MARK TX4869 NM11402", set in the northeasterly right-of-way line of Franklin Canal (80.0 feet wide) for a corner of this parcel;

**THENCE,** North 46°48'00" West, with said northeasterly right-of-way line, a distance of 89.60 feet to a 5/8" rebar with cap stamped "LAND-MARK TX4869 NM11402", set for corner of this parcel;

**THENCE,** North 43°12'00" East a distance of 218.60 feet to a 5/8" rebar with cap stamped "LAND-MARK TX4869 NM11402", set in said southwesterly right-of-way line of Wingo Way, for a corner of this parcel;

**THENCE,** South 46°48'00" East, with said southwesterly right-of-way line, a distance of 89.60 feet to the **TRUE POINT OF BEGINNING**.

Said parcel contains 0.4496 acres (19,587 square feet) more or less.

*[signature]* 02-25-05

Larry L. Drewes R.P.L.S.
Texas License No. 4869

Date: January 25, 2005
Job No. 05-03-20819A

1420 Bessemer • El Paso, Texas 79936
Tel. (915) 598-1300 • Fax (915) 598-1221 • E-mail address: lmsurvey@swbell.net

Survey plat — A portion of Lot 3, Block 5, Second Amended Map of West Ysleta, City of El Paso, El Paso County, Texas.

**Bearings and dimensions (Wingo Way, north boundary):**
- N 46°48'00" W 190.38' (FOUND 3" PIPE) — BEARING BASIS — N 46°48'00" W 76.70' (FOUND 1/2" REBAR)
- N 43°12'00" E 40.00' (SET 5/8" REBAR WITH CAP "5372")
- S 46°48'00" E 89.60' (along Wingo Way, 40' R.O.W.)
- 89.6' (parallel, interior)

**East line:** S 43°12'00" W 218.60' (with interior offsets: 122.0', 25.0' with 5.9' and 7.5' offsets, 30.0', 14.3', 50.0', 8.3', 6.3', 18.7', 8.6', 8.6', 26.1', 15.4', 41.4', 24.7', 22.3', 2.1', 14.0', 35.3')

**West line:** N 43°12'00" E 218.60' (PLATTED LOT LINE; with 7.1', 31.3', 17.2', 0.3', 1.3', 28.5', 32.6' offsets)

**South line (Franklin Canal, 80' R.O.W.):** N 46°48'00" W 89.60' (SET 5/8" REBAR WITH CAP "5372"); 18.8'

**Features labeled:**
- EDGE OF PAVEMENT, SET "V" ON CONC
- WOOD FENCE, IRON FENCE, CHAINLINK FENCE
- ROCKWALL (TYPICAL)
- GAS METER (GM)
- COV'D PORCH (two locations)
- 8524 FRANKLIN CANAL (LOT 3)
- LOT 2 (east), LOT 1 (southeast), LOT 4 (west, labeled "5")
- SECOND AMENDED MAP OF WEST YSLETA, BOOK 1558, PAGE 1314, EL PASO COUNTY CLERKS DEED RECORDS
- BOOK 2514, PAGE 0984, EL PASO COUNTY CLERKS DEED RECORDS
- DEED LINE, PLATTED LOT LINE
- PLATTED 10' UTILITY EASEMENT
- SCALE: 1" = 30' (0', 30', 60')

**NOTES:**
1. VESTING DEED FOR THIS PARCEL IS IN BOOK 1558, PAGE 1314. DEED INCLUDES "LOTS 3 AND 4 SAVE AND EXCEPT THE NORTHERLY 20' OF LOT 4". THE PARCEL IS SHOWN IN A SURVEY ATTACHED AS AN EXHIBIT IN BOOK 2803, PAGE 1512. THE PARCEL AS SHOWN HEREON HAS NOT BEEN CONVEYED AS A SEPARATE PARCEL IN THE DEED RECORD. THIS BOUNDARY IS BASED ON THE METES AND BOUNDS DESCRIPTION AND SURVEY PERFORMED IN JAN. 2005 AND RECORDED IN CLERK'S FILE #20180037569 AND #20050028340. THE ADJOINING PARCEL TO THE NORTH IS ALSO SHOWN IN A METES AND BOUNDS DESCRIPTION AND SURVEY PERFORMED IN 2018 AND RECORDED IN CLERK'S FILE #20180064452 BUT THIS SURVEY IS INCONSISTENT WITH THE 2 PRIOR SURVEYS AND WAS DISREGARDED. THESE RECORDINGS ARE INSUFFICIENT TO CONVEY SEPARATE INTERESTS. THIS PARCEL IS SUBJECT TO THE SUBDIVISION REGULATIONS OF THE STATE OF TEXAS AND THE CITY OF EL PASO.

2. THIS SURVEY WAS COMPLETED WITHOUT THE BENEFIT OF AN ABSTRACT OF TITLE. THERE MAY BE EASEMENTS, OR OTHER MATTERS, NOT SHOWN.

**CERTIFICATION**
I HEREBY CERTIFY THAT THIS BOUNDARY AND IMPROVEMENT SURVEY IS BASED ON A FIELD SURVEY PERFORMED UNDER MY SUPERVISION AND COMPLIES WITH THE CURRENT TEXAS BOARD OF PROFESSIONAL LAND SURVEYING PROFESSIONAL AND TECHNICAL STANDARDS

JOHN A EBY   TX-5372   NM 17779

(Seal: STATE OF TEXAS REGISTERED PROFESSIONAL LAND SURVEYOR — JOHN A EBY 5372)

| | |
|---|---|
| A PORTION OF LOT 3, BLOCK 5, SECOND AMENDED MAP OF WEST YSLETA, CITY OF EL PASO, EL PASO COUNTY, TEXAS | PLAT RECORD: VOLUME: 13 PAGE: 29 |
| TITLE CO: NONE PROVIDED | |
| FIRM ZONE: X   PANEL#: 480214-0048-C   DATED: 2/16/2006 | |
| DATE OF SURVEY: 12/10/2019   OFFICE: EA   FIELD: JAE, AG, JC | |

**PASO DEL NORTE SURVEYING INC.**
13998 BRADLEY ROAD, EL PASO, TEXAS 79938
PH. 915-241-1841
FAX 915-855-6925
© COPYRIGHT

TBPEPS FIRM #10001200